UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FELIBI SIAGHA COKE,

    Petitioner,

    v.

BRIAN ENGLISH *et al.*,

    Respondents.

CAUSE NO. 3:26cv503 DRL-SJF

### ORDER

Felibi Siagha Coke, a litigant without counsel, filed this habeas case challenging the legality of his immigration-related detention. However, Mr. Siagha Coke already has another case pending in which he challenges the legality of his detention. *See Siagha Coke v. Warden*, 3:26cv200 (N.D. Ind. Feb. 13, 2026). It appears he filed this second case after the first case was dismissed for lack of prosecution. However, the court subsequently reopened the first case and ordered briefing on his petition. Therefore, this case will be dismissed as duplicative. *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993).

For these reasons, this action is DISMISSED as duplicative of his case in Cause No. 3:26cv200-DRL-SJF. The clerk is DIRECTED to close the case.

SO ORDERED.

April 20, 2026

*s/ Damon R. Leichty*
Judge, United States District Court